**BALES v. MITCHEM, Trustee, et al.**

No. 13767—Opinion Filed Sept. 30, 1924.

Error from County Court, Coal County; F. W. Saunders, Judge.

Action between Emmett Bales and Tom Michem, Trustee, et al. From the judgment, the former appeals. Reversed and remanded.

D.D. Brunson, for plaintiff in error.

Opinion by LOGSDON, C. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, the cause is reversed and remanded for new trial for failure of defendant in error to comply with Rule 7 of this court.

By the Court: It is so ordered.